CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK NAGY; and Does 1-10,<br><br>　　　　Defendants. | **Case:** 2:14-CV-01065-MCE-AC<br><br>**ORDER [proposed] GRANTING JOINT REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |

Good cause having been shown, the Court hereby grants the parties' request to continue the Settlement Conference. The Settlement Conference will be held on November 13, 2015, at 9:30 a.m. before the undersigned.

Dated:  October 7, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE