UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

       Plaintiff,

  v.

Frank Nagy; and Does 1-10,

       Defendants

Case: 2:14-CV-01065-MCE-AC

**Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses**

     Following the Court's ruling on July 19, 2018, the Court grants JUDGMENT in favor of Plaintiff Scott Johnson and against Defendant Frank Nagy in the amount of $8,380.00 in attorneys' fees and $2,459.50 in costs, totaling $10,839.50.

     IT IS SO ORDERED.

Dated: September 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE