UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:14-cv-1065-MCE-AC |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** |
| **Frank Nagy,** | |
| Defendants. | Date: 9/18/19<br>Time: 10:00 a.m.<br>Courtroom: 26 |

### **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Frank Nagy is continued from 6/19/19 to 9/18/19 at 10:00 am in Courtroom 26, United States District Court, 501 I Street, Sacramento, CA .

IT IS SO ORDERED.

DATED: June 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE