UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>FRANK NAGY,<br><br>            Defendant. | No. 2:14-cv-01065 MCE AC<br><br><br>ORDER |

The court is in receipt of plaintiff's motion to vacate the court's order setting a judgment debtor exam, docketed at ECF No. 54, because the parties have settled. ECF No. 56. In light of this information, the court GRANTS plaintiff's motion to vacate (ECF No. 56), VACATES plaintiff's motion to enforce judgment (ECF No. 44), and VACATES the hearing currently set for September 18, 2019 (ECF No. 54). This case is already closed, and no further action is necessary.

      IT IS SO ORDERED.

DATED: September 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE