UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-1065 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| FRANK NAGY, | |
| Defendant. | |

      This case was filed on April 30, 2014. ECF No. 1. Judgment in the form of injunctive relief and $12,000 in statutory damages was awarded to plaintiff on September 13, 2017. ECF Nos. 28, 29. An additional judgment of $10,839.50 in attorney's fees and costs was awarded to plaintiff on September 7, 2018. ECF No. 37. Abstract judgments were issued (ECF Nos. 42, 23) and a judgment debtor's exam was set and continued several times, with an ultimate date of September 18, 2019. ECF No. 54. On September 5, 2019 plaintiff moved to vacate the judgment debtor's exam, representing to the court that the matter had been settled between the parties. ECF No. 56. The exam was vacated. ECF No. 57.

      Over two years later, on December 1, 2021, plaintiff filed an application for a judgment debtor's exam to be held on February 16, 2022. ECF No. 58. The filing contains no information about the status of the settlement or the debt. To ensure the propriety of a judgment debtor's exam at this late date, the court requests additional information regarding the status of this case and the legal basis for an exam at this juncture.

1 |     Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within 14 days of this
2 | order, why the court should grant his application for a judgment debtor's exam in this case. If
3 | plaintiff does not respond, the pending application will be denied without prejudice.
4 | DATED: December 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE