UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK NAGY,<br><br>  Defendant. | No. 2:14-cv-1065 MCE AC<br><br><br>ORDER |

This case was filed on April 30, 2014. ECF No. 1. Judgment in the form of injunctive relief and $12,000 in statutory damages was awarded to plaintiff on September 13, 2017. ECF Nos. 28, 29. An additional judgment of $10,839.50 in attorney's fees and costs was awarded to plaintiff on September 7, 2018. ECF No. 37. Abstract judgments were issued (ECF Nos. 42, 23) and a judgment debtor's exam was set and continued several times, with an ultimate date of September 18, 2019. ECF No. 54. On September 5, 2019 plaintiff moved to vacate the judgment debtor's exam, representing to the court that the matter had been settled between the parties. ECF No. 56. The exam was vacated. ECF No. 57.

Over two years later, on December 1, 2021, plaintiff filed an application for a judgment debtor's exam to be held on February 16, 2022. ECF No. 58. The filing contains no information about the status of the settlement or the debt. To ensure that a judgment debtor's exam at this late date is appropriate and necessary, the court requested additional information regarding the status

////

1

of this case and the legal basis for an exam at this juncture by issuing an order to show cause. ECF No. 59. Plaintiff did not respond.

Accordingly, IT IS HEREBY ORDERED that plaintiff's application for a judgment debtor's exam (ECF No. 58) is DENIED without prejudice.

DATED: December 20, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE